**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Gabriel G. OCASIO, Petitioner**

**No. 476 EAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ricky ROUSE, Petitioner**

**No. 418 WAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal and Motion to File an Amended Petition for Allowance of Appeal or a Motion to Remand are **DENIED**.

**Victor MCLEAN Jr., Petitioner**

v.

**UNEMPLOYMENT COMPENSATION**
**BOARD OF REVIEW,**
**Respondent**

**No. 819 MAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.